GEORGE LEWIS PRENTISS, as General Guardian, etc., Respondent, *v.* JOHN S. WEATHERLY et al., as Executors, etc., Impleaded, etc., Appellants.*

(Snbmitted January 21, 1895; decided February 5, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 17, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court, and also affirmed an order denying a motion for a new trial.

*Benjamin Patterson* for appellants.

*George F. Bentley* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed. _____

_____

* Reported below, 68 Hun, 114.